THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES DE CONZA.— Motion to dismiss appeal granted. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON LIEBERMAN.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE COMMISSIONER OF PUBLIC CHARITIES on Complaint of LOUISE CONTE v. JOHN BUTTERICK.— Motion to dismiss appeal granted. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

SAMUEL COHEN and Others v. AMERICAN WOOLEN COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

LOUISE LUSK v. ROY A. LUSK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

HAROLD .C. MATHEWS v. JOHN J. HEARN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

GEORGE M. FITZPATRICK v. LILLIAN KEEGAN, an Infant, Interpleaded, etc.— Application granted. Order signed. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

ANOTOL KOROLEFF v. SOLOMON SCHILDKRAUT, etc.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

WILLIAM N. COHEN v. EDWARD MARGOLIOS.—Application granted. Order signed. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

SAMUEL ROSNER v. MORRIS WALDMAN.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

FLEISCHMANN CONSTRUCTION COMPANY v. BLAUNER's.—Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

JEHIAL M. ROEDER, as Trustee, etc., v. OSCAR J. MAYER.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

BROOKLYN BOROUGH GAS COMPANY v. PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT and Others.— Motion granted; questions certified. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.